McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00183-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| JULIAN M. SUBIA, | CURRENT DATE: January 11, 2019<br>COURT: Hon. Jennifer L. Thurston |
| Defendant. | |
| | PROPOSED DATE: February 19, 2019<br>PROPOSED TIME: 2:30 p.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Julian M. Subia, by and through defendant's counsel of record, Emily de Leon, hereby stipulate as follows:

1. A status conference was set in this matter for January 11, 2019, and time had previously been excluded to that date pursuant to the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv).

2. By this stipulation, defendant now moves to continue the status conference to February 19, 2019, and to exclude time between January 11, 2019, and February 19, 2019, inclusive, under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendant desires additional time to review the current charges, to review the discovery, to conduct research and investigation related to the charges and potential pretrial motions, and to consult with her client.

b) Counsel has various conflicts in other cases between now and the proposed February 19, 2019 date that would not reasonably permit her to try this case any time between now and February 19, 2019, including a trial in which defense counsel is currently engaged.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 11, 2019 to February 19, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

//

1 | IT IS SO STIPULATED.

Dated: January 10, 2019     McGREGOR W. SCOTT
United States Attorney

/s/ Angela Scott for Melanie Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorneys

Dated: January 10, 2019

*/s/ per email authorization*

EMILY DE LEON
Counsel for Defendant
JULIAN M. SUBIA

## [~~PROPOSED~~] FINDINGS AND ORDER

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the current status conference is vacated and continued to February 19, 2019, at 2:30 p.m. and the time period between January 11, 2019, and February 19, 2019, inclusive, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated:  **January 10, 2019**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE