LAW OFFICE OF EMILY DELEON
Emily de Leon, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: emily@lawdeleon.com

Attorney for:
JULIAN SUBIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>JULIAN SUBIA,<br><br>    Defendant. | Case No. 1:18-cr-00183-LJO-SKO<br><br><u>STIPULATION AND ORDER TO CONTINE SENTENCING</u> |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE LAWRENCE J. O'NEILL; MELANIE ALSWORTH, ASSISTANT UNITED STATES ATTORNEY; AND MEGAN PASCUAL, UNITED STATES PROBATION OFFICER:

**COMES NOW** Defendant, JULIAN SUBIA, by and through his attorney of record, EMILY DELEON, hereby requesting that the sentencing hearing currently set for Monday, May 20, 2019 be continued to June 17, 2019.

    Defense counsel has been informed that the videographer hired to film a sentencing video for Mr. Subia will not be able to complete the video before May 20, 2019. Counsel believes that such a video is necessary to provide the Court all relevant information at the time of sentencing.

    The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

///

///

///

1

**IT IS SO STIPULATED.**

DATED: May 10, 2019

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
JULIAN SUBIA

DATED: May 10, 2019

*/s/Melanie Alsworth*
MELANIE ALSWORTH
Assistant U.S. Attorney

## **ORDER**

The sentencing set for May 20, 2019 is continued to June 17, 2019 at 9:30 a.m. . The Court finds that the period of delay is excludable for defense preparation, and the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **May 14, 2019**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE